IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| QUANN JONES, BENEDITO OLIVEIRA, SERGIO A. OLIVEIRA, ANGEL W. MARTINEZ, JACKSON MARTINEZ, JAMOND BARRON, EDWARD PERRY, ANDREW HENDRICKS, CELESTINO HERNANDEZ, and JOSE ANTONIO DIAZ, | ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No.: 1:15-cv-04389-SCJ |
| v. | ) ) | |
| CUSTOM KITCHEN, INC., and DANIEL PARASCA, | ) ) ) | |
| Defendants, | ) | |

## **ORDER**

This matter is before the Court on the Parties' Joint Motion for Approval of Settlement. (Doc. 21). Having considered the Parties' Joint Motion, it is hereby ORDERED that the Motion is GRANTED and the Settlement Agreement (the "Agreement") attached to the parties' Joint Motion is APPROVED. The Court hereby ORDERS that the parties comply with their respective obligations set forth in the Agreement.

SO ORDERED this 11th day of October, 2016.

        <u>s/Steve C. Jones</u>
        Hon. Steve C. Jones
        United States District Judge

| | |
|---|---|
| Consented by: | Consented by: |
| /s/ Christopher B. Hall | /s/ Debra E. Schwartz |
| Counsel for Plaintiffs | Counsel for Defendants |

Christopher B. Hall
Georgia Bar No. 318380
chall@hallandlampros.com
Hall & Lampros, LLP
1230 Peachtree St. NE – Suite 950
Atlanta, GA  30309
 (404) 876-8100

Debra E. Schwartz
Georgia Bar No.: 631035
James E. Rollins, Jr.
Georgia Bar No.: 613825
des@gaemploymentlawyers.com
Schwartz Rollins, LLC.
945 East Paces Ferry Road
Suite 2270
Atlanta, GA 30326
(404) 844-413